UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Civil No. 18-10706
Honorable Robert H. Cleland

ONE (1) SMITH & WESSON,
.40 CALIBER PISTOL, MODEL
SD40VE, SERIAL NUMBER:
PBU0765; AND FOURTEEN
(14) ROUNDS .40 CALIBER
ASSORTED AMMUNITION,

    Defendants *in Rem*,
_____ /

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

This matter having come before the Court on Plaintiff's Motion For Default Judgment and for Final Order of Forfeiture, and the Court having reviewed the pleadings and being fully advised in the premises;

**IT IS HEREBY ORDERED** that Default Judgment against Richard Miller and Keith Lajuan Dickerson and all other interested parties as to the Smith & Wesson .40 Caliber Pistol, Model SD40VE, Serial Number: PBU0765 and Fourteen (14) Rounds .40 caliber assorted ammunition is **GRANTED** and

**ENTERED**;

**IT IS FURTHER ORDERED** that any right, title, or ownership interest of Richard Miller and Keith Lajuan Dickerson and all other interested parties, or their successors and assigns, in the Smith & Wesson .40 Caliber Pistol, Model SD40VE, Serial Number: PBU0765 and Fourteen (14) Rounds .40 caliber assorted ammunition is forever **EXTINGUISHED,** and the Smith & Wesson .40 Caliber Pistol, Model SD40VE, Serial Number: PBU0765 and Fourteen (14) Rounds .40 caliber assorted ammunition in United States currency is **FORFEITED** to the United States of America pursuant to 21 U.S.C. § 881(a)(6); accordingly, a Final Order of Forfeiture as to Smith & Wesson .40 Caliber Pistol, Model SD40VE, Serial Number: PBU0765 and Fourteen (14) Rounds .40 caliber assorted ammunition in United States currency is **GRANTED** and **ENTERED**.

**IT IS FURTHER ORDERED** that the United States Marshals Service is hereby **AUTHORIZED** to dispose of Defendants *in rem* according to law.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: May 17, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 17, 2018, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522